IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORMA R. PRINCE,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-558-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Norma R. Prince reversing the decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

    _____s/ A. Wiseman, Deputy Clerk_____      _____January 30, 2015_____
           Peter Oppeneer, Clerk of Court                           Date