IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORMA PRINCE,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                       Case No. 13-cv-558-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Norma Prince attorney fees and costs in the amount of $5,875.20 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      s/ A. Wiseman, Deputy Clerk              March 6, 2015
      Peter Oppeneer, Clerk of Court                  Date